IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00252-WYD-MEH

BRETT PACHELLO,

    Plaintiff,

v.

MET LIFE INSURANCE COMPANY, USA, and
THE KROGER COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2016.**

    Defendant Met Life Insurance Company's Unopposed Motion to Vacate Scheduling Conference [filed March 25, 2016; docket #14] is **granted**. The Scheduling Conference currently set in this case for March 31, 2016 is **vacated**. The parties shall file dismissal papers with the Court on or before April 15, 2016.