IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00252-WYD-MEH

BRETT PACHELLO,

    Plaintiff,

v.

MET LIFE INSURANCE COMPANY, USA, and
THE KROGER COMPANY,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal filed April 12, 2016.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal (ECF No. 17) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own legal fees and costs.

Dated:  April 18, 2016

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge